A CERTIFIED TRUE COPY

AUG -9 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

FILED
AUG 1 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Doris Aaron v. Merck & Co., Inc., et al.*, C.D. California, C.A. No. 2:05-4073
*Mylene Edsall, et al. v. Merck & Co., Inc.*, N.D. California, C.A. No. 3:05-2244 MHP

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Aaron* and *Edsall*) on July 25, 2005. The Panel has now been advised that: 1) *Aaron* was remanded to Los Angeles County Superior Court, California, by the Honorable John F. Walter in an order entered on July 27, 2005; and 2) *Edsall* was remanded to Contra Costa Superior Court, California, by the Honorable Marilyn Hall Patel in an order filed on August 4, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-20" filed on July 25, 2005, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 9 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*Doris Aaron v. Merck & Co., Inc., et al.*, C.D. California, C.A. No. 2:05-4073
*Mylene Edsall, et al. v. Merck & Co., Inc.*, N.D. California, C.A. No. 3:05-2244

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in these two actions (*Aaron* and *Edsall*) on July 25, 2005. The Panel has now been advised that: 1) *Aaron* was remanded to Los Angeles County Superior Court, California, by the Honorable John F. Walter in an order entered on July 27, 2005; and 2) *Edsall* was remanded to Contra Costa Superior Court, California, by the Honorable Marilyn Hall Patel in an order filed on August 4, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-20" filed on July 25, 2005, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel